```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TENNESSEE
                           WESTERN DIVISION
```
_____

```
ROGER GRAY,                       )
                                  )
     Plaintiff and                )
     Counter-Defendant,           )
                                  )
v.                                )    No. 11-cv-3038-JPM-tmp
                                  )
MARVIN WINDOWS OF                 )
TENNEESSEE, INC.,                 )
                                  )
     Defendant and                )
     Counter-Plaintiff.           )
```
_____

### JUDGMENT
_____

**JUDGMENT BY COURT**. The parties having jointly filed a Stipulation of Dismissal in this case (Docket Entry 14),

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, filed February 29, 2012, Plaintiff Roger Gray's claim against Defendant Marvin Windows of Tennessee, Inc., is DISMISSED WITH PREJUDICE, and Defendant Marvin Windows of Tennessee, Inc.'s counterclaim against Counter-Defendant Roger Gray is DIMISSED WITHOUT PREJUDICE.

APPROVED:


/s/ Jon P. McCalla
CHIEF UNITED STATES DISTRICT JUDGE

February 29, 2012
Date